Dismissed and Memorandum Opinion filed May 20, 2010.

 

In The

 

Fourteenth Court of
Appeals

___________________

 

NO. 14-10-00213-CV

___________________

 

CYNTHIA SELPH, ANTHONY SELPH, WALTON SELPH,
AND AL SELPH, Appellants

 

V.

 

SSC HOUSTON WOODWIND OPERATING COMPANY, L.P.,
Appellees



 



 

On
Appeal from the 80th District court

Harris County,
Texas



Trial Court Cause No. 2007-76335

 



 

 

M E M O R
A N D U M   OPINION

This is an attempted appeal from a judgment signed October
2, 2009.  A motion for new trial was filed on October 19, 2009.  Appellants’
notice of appeal was filed March 3, 2010.

When an appellant has filed a timely motion for new trial, the notice of
appeal must be filed within ninety days after the date the judgment is signed. See
Tex. R. App. P. 26.1(a).  Appellants’
notice of appeal was not filed timely. 

A motion for extension of time is necessarily implied when an appellant,
acting in good faith, files a notice of appeal beyond the time allowed by rule
26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing
a motion for extension of time.  See Verburgt v. Dorner, 959 S.W.2d 615,
617-18 (1997) (construing the predecessor to Rule 26).  Appellants’ notice of
appeal was not filed within the fifteen-day period provided by rule 26.3.

On April 8, 2010, notification was transmitted to all parties of the
court=s intention to dismiss the appeal for want of
jurisdiction.  See Tex. R. App. P.
42.3(a).  Appellant filed no response.  Accordingly, the appeal is
ordered dismissed.

                                    

                                                                                    PER
CURIAM

 

Panel consists of Justices
Brown, Sullivan, and Christopher.